DISMISS; Opinion filed December 6, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00482-CV

## TENNA R. ADAMS AND ALL OTHER OCCUPANTS OF
## 7318 ELDERBERRY LANE, DALLAS, TEXAS 75249, Appellants

### V.

## WELLS FARGO BANK, N.A., Appellee

### On Appeal from the County Court at Law No. 3
### Dallas County, Texas
### Trial Court Cause No. CC-11-08457-C

## MEMORANDUM OPINION

Before Justices Moseley, Francis, and Lang
Opinion By Justice Francis

Before the Court is appellee's November 14, 2012 motion to dismiss the appeal. Appellee contends the appeal should be dismissed for failure to prosecute. By letter dated October 15, 2012, the Court informed appellants that their brief was past due. The Court instructed appellants to file their brief with an extension motion within ten days and that failure to do so would result in dismissal of their appeal. *See* TEX. R. APP. P. 38.8(a)(1). As of today's date, appellants have not filed a brief.

Accordingly, we grant appellee's motion and dismiss the appeal. *See* TEX. R. APP. P. 38.8(a)(1) & 42.3(b) & (c).

MOLLY FRANCIS
JUSTICE

120482F.P05



# Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

TENNA R. ADAMS AND ALL OTHER OCCUPANTS OF 7318 ELDERBERRY LANE, DALLAS, TEXAS 75249, Appellants

No. 05-12-00482-CV      V.

WELLS FARGO BANK, N.A., Appellee

Appeal from the County Court at Law No. 3 of Dallas County, Texas. (Tr.Ct.No. CC-11-08457-C).
Opinion delivered by Justice Francis, Justices Moseley and Lang, participating.

Based on the Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee, Wells Fargo Bank, N.A., recover its costs of the appeal from appellants, Tenna R. Adams and All Other Occupants of 7318 Elderberry Lane, Dallas, Texas 75249.

Judgment entered December 6, 2012.


MOLLY FRANCIS
JUSTICE